IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAGDEV NAGRA, JASBIR NAGRA, and ALL GOOD PALLETS, INC., ) ) | |
| Plaintiffs, ) ) | 2:09-cv-02250-GEB-DAD |
| v. ) ) | ORDER* |
| FRANK PACO LOPEZ; GUADALUPE LOPEZ; ) DESIDERO LOPEZ; OFFICE OF THE SAN ) JOAQUIN COUNTY TREASURER/TAX ) COLLECTOR; WOODBRIDGE IRRIGATION ) DISTRICT; OFFICE OF THE STATE OF ) CALIFORNIA CONTROLLER; ) MERRILL HAMBRIGHT; SUPERVISING ) CHILD SUPPORT ATTORNEY DEPARTMENT ) OF CHILD SERVICES; OFFICE OF THE ) COLLECTOR COUNTY OF SAN JOAQUIN; ) JOHN D. PHILLIPS; DISTRICT ATTORNEY) FAMILY SUPPORT DIVISION; UNIFUND ) CCR PARTNERS, a New York ) Partnership; STATE OF CALIFORNIA ) EMPLOYMENT DEVELOPMENT DEPARTMENT ) BENEFIT OVERPAYMENT COLLECTION; ) SANTA CLARA COUNTY FAMILY SUPPORT ) TRUSTEE; COUNTY OF SAN JOAQUIN; ) WOODBRIDGE CANAL AND IRRIGATION ) COMPANY; ALL OTHER PERSONS UNKNOWN ) CLAIMING ANY RIGHT, TITLE, ESTATE, ) LIEN, OR INTEREST IN THE REAL ) PROPERTY DESCRIBED IN THE COMPLAINT) ADVERSE TO THE PLAINTIFF'S ) | |

---

\* This matter was determined to be suitable for decision without oral argument. E.D. Cal. R. 78-230(h).

1

| | |
|---|---|
| 1 | OWNERSHIP OR ANY CLOUD ON            ) |
|   | PLAINTIFF'S TITLE THERETO; and DOES) |
| 2 | 1 through 25, inclusive,             ) |
|   |                                      ) |
| 3 |             Defendants.              ) |
|   | _____ ) |

On August 13, 2009 the United States, sued as the "Internal Revenue Service" and "District Director of Internal Revenue Service Technical Services Advisory Group Manager," ("the federal defendants"), removed this case.  On September 21, 2009 the federal defendants filed a motion to dismiss Plaintiffs' complaint against them and a suggestion that after dismissal, this case should be remanded to state court.

On October 7, 2009 Plaintiffs filed a notice of voluntary dismissal of the federal defendants under Federal Rule of Civil Procedure 41(a), and also requested this Court remand this case to state court following dismissal of the federal defendants.  Since the federal defendants have been dismissed, this case is remanded to the Superior Court of California, San Joaquin County, from which it was removed.

Dated:  October 14, 2009

_____
GARLAND E. BURRELL, JR.
United States District Judge